NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWIN JAMES CASE, III, DOC #S05099,    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-2809
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed August 8, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Charles Sniffen, Judge.

PER CURIAM.

            Affirmed.

SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.